## WHITE v. STATE.
### No. 20625.

Court of Criminal Appeals of Texas.
Nov. 29, 1939.

R. B. Gambill, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The offense is operating an automobile upon a public highway while intoxicated; penalty assessed at a fine of $50 and confinement in the county jail for five days.

Appellant entered a plea of guilty to the offense charged in the indictment. The record is before this court without statement of facts or bills of exception.

No error having been presented authorizing a reversal of the conviction, the judgment is affirmed.